

FILED
JAN - 9 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| HERMENEJILDO BENEVIDEZ-LOYOLA(1) | (For Offenses Committed On or After November 1, 1987) |

CASE NUMBER: 11CR2523-W

<u>Jason Ser, Federal Defenders Inc.</u>
Defendant's Attorney

REGISTRATION No.  25913298

THE DEFENDANT:

X   was found in violation based on his conviction   in   11CR5313-WQH

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

**Allegation Number**          **Nature of Violation**
One (nv1)                      Committed Law Violation

     The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

<u>JANUARY 09, 2012</u>
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B   JUDGMENT IN A CRIMINAL CASE
SHEET 2 - IMPRISONMENT

DEFENDANT: HERMENEJILDO BENEVIDEZ-LOYOLA(1)
CASE NUMBER: 11CR2523-W

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 days, to run consecutive to the sentence imposed in 11CR5313-WQH

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal